IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RALPH OLIVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-24-1310-SLP |
| ) | |
| WILLIAM CHRISTOPHER RANKINS, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Petitioner, a state prisoner appearing pro se, has filed Motions for Leave to Proceed In Forma Pauperis and Supporting Affidavit [Doc. Nos. 35 and 37] in conjunction with his Notice of Intent to Appeal [Doc. No. 36] the denial of his Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241.[1] Petitioner has also filed an Application for Certificate for Appealability from the District Court [Doc. No. 40]. To proceed in forma pauperis on appeal under 28 U.S.C. § 1915, Petitioner must show both that he is financially unable to pay the appellate filing fee and that his appeal is taken in good faith. *See McIntosh v. U.S. Parole Comm'n*, 115 F.3d 809, 812 (10th Cir. 1997); 28 U.S.C. § 1915(a)(1) & (3); *see also Harris v. Raemisch*, 567 F. App'x 603, 606 (10th Cir. 2014). A good faith appeal requires the presentation of a "reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." *Caravalho v. Pugh*, 177 F.3d 1177, 1179 (10th Cir. 1999); *see also Coppedge v. United States*, 369 U.S. 438 (1962).

---

[1] Petitioner's Motions appear to be duplicative.

Upon review of Petitioner's Motions and the case record, the Court finds Petitioner has failed to make the necessary showing. Petitioner has demonstrated that he lacks the financial resources to pay the appellate filing fee. But the Court has reviewed the issues raised in Petitioner's Application [Doc. No. 40] and finds that Petitioner fails to meet the second requirement. As the Court previously found, the Petition lacks merit and is also untimely filed. *See* Order [Doc. No. 33]. Accordingly, Petitioner is not entitled to proceed without payment of the filing fee.

IT IS THEREFORE ORDERED that Petitioner's Motions for Leave to Proceed In Forma Pauperis and Supporting Affidavit [Doc. Nos. 35 and 37] and Application for Certificate for Appealability from the District Court [Doc. No. 40] are DENIED.

IT IS SO ORDERED this 9th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE